IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLAYTON THOMAS                          :

                                        :

        v.                         :          CIVIL ACTION NO.  02-4778

                                        :

BEN VARNER, ET AL.

                                        :

ORDER OF REPORT AND RECOMMENDATION

       AND NOW, this         day of         ,       , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

       ORDERED that the above-captioned case is referred to the Honorable CHARLES B. SMITH, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
JAY C. WALDMAN, J.

civrr