IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
CLAYTON THOMAS,                        :      CIVIL ACTION
           Petitioner                  :
                                       :
       VS.                             :
                                       :
BEN VARNER,                            :
       AND                             :
THE DISTRICT ATTORNEY OF               :
THE COUNTY OF PHILADELPHIA,            :
       AND                             :
THE ATTORNEY GENERAL OF                :
THE STATE OF PENNSYLVANIA,             :
           Respondents                 :      NO. 02-4778
```

<u>ORDER</u>

AND NOW, this 24th day of October, 2002, it is hereby ORDERED that the respondent(s) shall file a specific and detailed answer to petitioner's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, with the Clerk of this Court, within twenty (20) days from the date of this Order.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE