IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAYTON THOMAS, | : | NO. 2:02-cv-04778 |
| Petitioner | : | |
| | : | |
| VS. | : | |
| | : | |
| BEN VARNER, | : | |
| AND | : | |
| THE DISTRICT ATTORNEY OF | : | |
| THE COUNTY OF PHILADELPHIA, | : | |
| AND | : | |
| THE ATTORNEY GENERAL OF | : | |
| THE STATE OF PENNSYLVANIA, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 18th day of June, 2003, it is hereby ORDERED that, upon request of counsel for petitioner, the Evidentiary Hearing in the above-captioned matter is RESCHEDULED for Wednesday, August 27, 2003, at 10:00 a.m. Counsel shall contact chambers prior to the scheduled proceeding at which time they will be advised of the courtroom assigned.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

6/18/03 Copy via fax to:
Thomas Dolgenos, Esquire, Helen Kane, Esquire,
    District Attorney's Office, Philadelphia County (215-686-5725)
Daniel Silverman, Esquire, Counsel for Petitioner (215-665-0449)