IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
CLAYTON THOMAS,                      :    NO. 2:02-cv-04778
          Petitioner                 :
                                     :
          VS.                        :
                                     :
BEN VARNER,                          :
          AND                        :
THE DISTRICT ATTORNEY OF             :
THE COUNTY OF PHILADELPHIA,          :
          AND                        :
THE ATTORNEY GENERAL OF              :
THE STATE OF PENNSYLVANIA,           :
          Respondents                :
```

ORDER

AND NOW, this 18th day of June, 2003, it is hereby ORDERED that this court's order of June 10, 2003, to produce the petitioner on July 14, 2003, is VACATED. The Evidentiary Hearing before the undersigned is **RESCHEDULED** for Wednesday, August 27, 2003, at 10:00 a.m. The Superintendent of the State Correctional Institution at Smithfield, Huntingdon, Pennsylvania, shall produce before this court the body of Clayton Thomas, Prison No. CK-7706, at that time, in a courtroom to be assigned, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, 19106, and upon conclusion of the proceedings, the petitioner shall be returned to the custody of the said institution.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

6/18/03 Copy via fax to:
SCI Smithfield, Records (814-506-1021)
United States Marshal (215-597-8158)
Thomas Dolgenos, Esquire, Helen Kane, Esquire,
    District Attorney's Office, Philadelphia County (215-686-5725)
Daniel Silverman, Esquire, Counsel for Petitioner (215-665-0449)