IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAYTON THOMAS,** | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| | : | |
| | : | |
| v. | : | |
| | : | NO.  02-CV-4778 |
| **BEN VARNER, et al.,** | : | |
| *Respondents* | : | |

**ORDER**

**AND NOW,** this            day of June, 2003, it is **ORDERED** that Respondents' "Motion for Enlargement of Time to File Objections to the Report and Recommendation of Magistrate Judge Charles B. Smith" (docket no. 22) is **DENIED** as premature.[1]

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**

---

[1] Although on June 10, 2003, Magistrate Judge Smith issued a Memorandum and Order scheduling an evidentiary hearing on one of Petitioner's claims, he has not yet issued a Report and Recommendation in the above-captioned matter.  Accordingly, there is nothing before the Court to which Respondents may object.