IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
CLAYTON THOMAS,                         :     NO. 2:02-cv-04778
            Petitioner                  :
                                        :
        VS.                             :
                                        :
BEN VARNER,                             :
        AND                             :
THE DISTRICT ATTORNEY OF                :
THE COUNTY OF PHILADELPHIA,             :
        AND                             :
THE ATTORNEY GENERAL OF                 :
THE STATE OF PENNSYLVANIA,              :
            Respondents                 :
```

ORDER

AND NOW, this 3rd day of September, 2003, it is hereby ORDERED that the Superintendent of the State Correctional Institution at Smithfield, Huntingdon, Pennsylvania, shall produce before this court the body of Clayton Thomas, Prison No. CK-7706, on Tuesday, September 9, 2003, at 2:00 p.m., in a courtroom to be assigned, for the continuation of the Evidentiary Hearing, at the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, 19106, and upon conclusion of the proceedings, the petitioner shall be returned to the custody of the said institution.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

9/3/03 Copy via fax to:
SCI Smithfield, Records (814-506-1021)
United States Marshal (215-597-8158)
Thomas Dolgenos, Esquire, Helen Kane, Esquire,
    District Attorney's Office, Philadelphia County (215-686-5725)
Daniel Silverman, Esquire, Counsel for Petitioner (215-665-0449)