IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAYTON THOMAS,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | NO. 02-CV-4778 |
| **BEN VARNER, <u>et al.</u>,** | : | |

**ORDER**

**AND NOW,** this　　　　day of November, 2003, it is **ORDERED** that Respondents' Motion for Enlargement of Time (docket no. 25) is **GRANTED** <u>nunc pro tunc</u>.[1]

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**

---

[1] On July 25, 2003, Respondent District Attorney of the County of Philadelphia filed a request for an extension of time to file a Memorandum of Law. That Memorandum was filed on September 11, 2003 and was considered by Magistrate Judge Charles B. Smith in forming his Report and Recommendation, which was submitted on September 26, 2003.