IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLAYTON THOMAS** | : |
| | :    **CIVIL ACTION** |
| **v.** | : |
| | :    **NO. 02-4778** |
| **BEN VARNER, et al.** | : |

**ORDER**

**AND NOW**, this _____ day of May, 2004, upon consideration of the Petition for Writ of Habeas Corpus (docket no. 9) and the responsive filings, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Charles B. Smith of September 26, 2003 is **APPROVED** and **ADOPTED**.

2. Count II of the Petition is **GRANTED** and Petitioner's conviction is **VACATED**.

3. Counts I, III, and IV of the Petition are **DENIED** with prejudice.

4. The execution of the writ of habeas corpus is **STAYED** for 120 days from the date of this Order, during which period the Commonwealth of Pennsylvania may commence a new trial.

5. If the Commonwealth of Pennsylvania does not commence a new trial within 120 days from the date of this Order, Petitioner shall be released from custody.

6. Pursuant to 28 U.S.C. § 2253, a certificate of appealability is issued.

7. If an appeal to the United States Court of Appeals for the Third Circuit is filed in a timely fashion, this Order will be stayed pending disposition of that appeal pursuant to Local Rule of Civil Procedure 9.4(12).

**BY THE COURT:**

_____
**BRUCE W. KAUFFMAN, J.**