IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLAYTON THOMAS, MR.

                                                02-4778
                                                District Court Docket Number

vs.

BEN VARNER, ETAL

Notice of Appeal Filed 6/25/04
Court Reporter(s)/ESR Operator(s)       N/A


Filing Fee:
        Notice of Appeal  X  Paid  __Not Paid   __Seaman
        Docket Fee      X  Paid  __Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending


Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

 X  Granted
__Denied
__Pending

CC: JUDGE KAUFFMAN
     USCA
     APPEAL CLERK

                                  Defendant's Address (for criminal appeals)


                                        Prepared by : _____
                                                LINDA V. JERRY,Deputy Clerk Signature/Date

              PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
              THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS
notapp.frm