# Exhibit A

```
 FROM NCICB   TO PAPEPDA7H                    FIRST AND ONLY PAGE    09/02/04 10:55:55
PHIL4-26612 - NCICB          09/02/04 10:55:16 - 09/02/04 10:55:16 0HH1JAY29BYC
FL010HH1JAY29BYC021
PA051241A
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/256304PA5. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
 FBI              - FBI/256304PA5

AN ADDITIONAL RECORD MAY BE OBTAINED FROM FILES WITHIN YOUR STATE.
END
```

```
 FROM CHR    TO PAPEPDA7H                   MORE PAGES TO FOLLOW  09/02/04 10:57:01
PHIL4-26631 - CHR      09/02/04 10:56:22 - 09/02/04 10:56:22 BT01JAY29CF6

*** RESPONSE FROM PA COMPUTERIZED CRIMINAL HISTORY FILE ***

ORI/PA051241A.NAM/THOMAS,CLARANCE S          .DOB/19511207.RNG/ .
SOC/196400332.OTN/        .FBI/        .SID/        .
PUR/C.ATN/DET KELLY                    .OPR/.

*** RESPONSE FROM PA CCHRI - BASED ON IDENTIFIERS ABOVE ***

NAM/THOMAS,CLAYTON SHELBY        .  DOB/12111950.  SEX/M.  RAC/B.  DNA/Y.
SID/100-69-18-1. FBI/256304PA5. III/M. RAP STATUS/AUTOMATED           .
HGT/507. WGT/140. HAI/BLK. EYE/BRO. PRO-PAR MAX/04191996.
DOB/12/11/1951:12/11/1953:12/07/1951:12/11/1959:08/11/1949:12/10/1950.
SOC/176400665:186400065:194050006:195400665:196400655:196400665:196440065:
    196500095:186400665:196201145:147265220:196400332:194006667:196800445.
OTN/Z262277-1:Z262282-6:Z262287-4:Z262253-5:Z262258-3:Z262263-1:Z262268-6:
    Z262273-4:Z262278-2:Z262283-0:Z262288-5:Z262254-6:Z262259-4:Z262264-2:
    Z262269-0:Z262274-5:Z262279-3:Z262284-1:Z262289-6:A538366-3:Z262290-0:
    Z262295-5:Z262300-3:Z262305-1:Z262310-6:Z262315-4:M105660-2:M246394-1:
    M280932-1:M360074-1:C096673-3:M499595-5:M504436-2:C758740-3:C778849-1:
    M537290-5:M543818-2:M553476-0:M555880-3:E324285-3:M560872-4:E369380-4:
```

*i*

```
  FROM CHR    TO PAPEPDA7H                    LAST PAGE              09/02/04 10:57:01
PHIL4-26631 - CHR      09/02/04 10:56:22 - 09/02/04 10:56:22 BT01JAY29CF
    M562941-1.
OTHER NAMES/THOMAS,CLAYTON S                  :THOMAS,CLAYTON DAVID               :
            CLAY,THOMAS                       :THOMAS,STEVEN                      :
            CLAYTON,THOMAS                    :SULLEY,DAVID                       :
            THOMAS,KEVIN                      :RIDLEY,CLAY                        :
            SCOTT,ROBERT                      :SCOTT,ROBERT ALFRED                :
            THOMAS,DAVID                      :THOMAS,DAVID CLAY                  :
            THOMAS,DAVID CLAYTON              :RIDLEY,DAVID                       :
            CALLOWAY,JASON                    :KENNEDY,CLARENCE                   :
            CALHOUN,JASON                     :CALLAWAY,JASON                     :
            GALLAWAY,JASON                    :THOMAS,CLAY                        :
            CLAYTON,THOMAS SHELBY             :SMITH,THOMAS                       :
            CLAYTON,DAVID                     :THOMAS,CLARENCE S                  :
            THOMAS,CLARANCE S                 :BLUE,X                             :
            JONES,TERRELL                     :THOMAS,CLAYTON                     :
            SAADIQ,JAMIL AQIL                 :WILLIAMS,JAMES                     :
            JONES,JAMES                       :THOMAS,JAMES                       .
THIS CCHRI RECORD LAST UPDATED : 10232001


FINGERPRINTS REQUIRED FOR POSITIVE ID
```

2

```
FROM CHR    TO PAPEPDA7H                    MORE PAGES TO FOLLOW  09/02/04 10:59:21
PHIL4-26644 - CHR      09/02/04 10:57:55 - 09/02/04 10:57:55 BTH1JAY29D4Z

SP4-137B
             PENNSYLVANIA STATE POLICE CENTRAL REPOSITORY
    1800 ELMERTON AVENUE HARRISBURG, PENNSYLVANIA  17110  717-787-9092

ATTN: DET KELLY                    ORI: PA051241A PHILADELPHIA PD


-----------------------------------------------------------------------------

USE OF THE FOLLOWING CRIMINAL HISTORY RECORD FOR  *** SID/100-69-18-1 ***
REGULATED BY ACT 47, AS AMENDED.  *** III - MULTIPLE STATE OFFENDER ***
-----------------------------------------------------------------------------
DOB: 12/11/1950   SEX: M   RAC: B   SOC: 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   FBI: 256304PA5
-----------------------------------------------------------------------------
NAME: THOMAS,CLAYTON SHELBY        OTN: Z262277-1
ARRESTED: 06/23/1970  PAPEP0000 PHILADELPHIA PD                OCA: 440405
DISPOSITION DATE: UNKNOWN

            VC301    POSS/OPR A VEH W/DEFACED NUM    GUILTY
                     - M                             COUNTY PROBATION
```

3

```
 FROM CHR    TO PAPEPDA7H                MORE PAGES TO FOLLOW  09/02/04 10:59:22
PHIL4-26644 - CHR     09/02/04 10:57:55 - 09/02/04 10:57:55 BTH1JAY29D4
                                                 01 YR - 02 YRS
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY          OTN: Z262282-6
ARRESTED: 07/25/1970  PAPEP0000 PHILADELPHIA PD                 OCA: 440405
DISPOSITION DATE: UNKNOWN


          PC807    LARCENY - F                    QUASHED/DISMIS/DEMUR SUS
          PC817    RECEIVING STOLEN PROPERTY - F  QUASHED/DISMIS/DEMUR SUS
          VC624-5  OPR MV W/O CONSENT OF OWNER - M QUASHED/DISMIS/DEMUR SUS
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY          OTN: Z262287-4
ARRESTED: 08/08/1970  PAPEP0000 PHILADELPHIA PD                 OCA: 440405
DISPOSITION DATE: UNKNOWN


          PC807    LARCENY - F                    GUILTY
                                                  COUNTY PROBATION
                                                  02 YRS - 03 YRS
          PC817    RECEIVING STOLEN PROPERTY - F  GUILTY
                                                  COUNTY PROBATION
                                                  02 YRS - 03 YRS
          VC624-5  OPR MV W/O CONSENT OF OWNER - M GUILTY
```

4

```
 FROM CHR    TO PAPEPDA7H                MORE PAGES TO FOLLOW  09/02/04 10:59:22
PHIL4-26644 - CHR      09/02/04 10:57:55 - 09/02/04 10:57:55 BTH1JAY29D4
                                                    COUNTY PROBATION
                                                    02 YRS - 03 YRS
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY           OTN: Z262253-5
ARRESTED: 09/28/1971  PAPEP0000 PHILADELPHIA PD                    OCA: 440405
DISPOSITION DATE: UNKNOWN


              PC901    BURGLARY - F                GUILTY
                                                   COUNTY PRISON
                                                   01 YR - 02 YRS
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY           OTN: Z262258-3
ARRESTED: 01/11/1974  PAPEP0000 PHILADELPHIA PD                    OCA: 440405
DISPOSITION DATE: UNKNOWN


              CC3921   THEFT BY UNLWF TAKING OR DISPO  NOLLE PROSSED/WITHDRAWN
              CC3928   UNAUTH USE OF AUTO & VEHICLES   NOLLE PROSSED/WITHDRAWN
                       - M2
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: KENNEDY,CLARENCE                OTN: Z262263-1
ARRESTED: 05/05/1974  PAPEP0000 PHILADELPHIA PD                    OCA: 440405
```

5

```
 FROM CHR    TO PAPEPDA7H                 MORE PAGES TO FOLLOW  09/02/04 10:59:22
PHIL4-26644 - CHR       09/02/04 10:57:55 - 09/02/04 10:57:55 BTH1JAY29D4
DISPOSITION DATE: UNKNOWN

            CC3921    THEFT BY UNLWF TAKING OR DISPO   QUASHED/DISMIS/DEMUR SUS
            CC3925    RECEIVING STOLEN PROPERTY        QUASHED/DISMIS/DEMUR SUS
            CC3928    UNAUTH USE OF AUTO & VEHICLES    QUASHED/DISMIS/DEMUR SUS
                      - M2
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY          OTN: Z262268-6
ARRESTED: 05/12/1974  PAPEP0000 PHILADELPHIA PD                   OCA: 440405
DISPOSITION DATE: UNKNOWN

            CC3921    THEFT BY UNLWF TAKING OR DISPO   NOLLE PROSSED/WITHDRAWN
            CC3928    UNAUTH USE OF AUTO & VEHICLES    NOLLE PROSSED/WITHDRAWN
                      - M2
            CC3925    RECEIVING STOLEN PROPERTY        NOLLE PROSSED/WITHDRAWN
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: CALLAWAY,JASON                 OTN: Z262273-4
ARRESTED: 08/16/1974  PA0461400 LOWER MERION TWP PD              OCA: 9101
DISPOSITION DATE: 11/19/1976  COMMON PLEAS DOCKET: 3670 10/74

            CC3502    BURGLARY - F1                    PLEAD GUILTY
```

```
 FROM CHR    TO PAPEPDA7H                MORE PAGES TO FOLLOW  09/02/04 10:59:23
PHIL4-26644 - CHR       09/02/04 10:57:55 - 09/02/04 10:57:55 BTH1JAY29D4
                                                    STATE CORRECTION
                                                    03 YRS - 10 YRS
            CC3921    THEFT BY UNLWF TAKING OR DISPO PLEAD GUILTY
                                                    STATE CORRECTION
                                                    03 YRS - 10 YRS
            CC3925    RECEIVING STOLEN PROPERTY      PLEAD GUILTY
                                                    STATE CORRECTION
                                                    03 YRS - 10 YRS
            CC0903    CRIMINAL CONSPIRACY            PLEAD GUILTY
                                                    STATE CORRECTION
                                                    03 YRS - 10 YRS
            CC0907    POSSESSING INSTRUMENT OF CRIME PLEAD GUILTY
                      - M1                          STATE CORRECTION
                                                    03 YRS - 10 YRS
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY          OTN: Z262278-2
ARRESTED: 08/27/1974  PAPEP0000 PHILADELPHIA PD              OCA: 440405
DISPOSITION DATE: UNKNOWN

            CC3925    RECEIVING STOLEN PROPERTY      NOLLE PROSSED/WITHDRAWN
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
```

7

```
 FROM CHR    TO PAPEPDA7H                MORE PAGES TO FOLLOW  09/02/04 10:59:23
PHIL4-26644 - CHR      09/02/04 10:57:55 - 09/02/04 10:57:55 BTH1JAY29D4
NAME: KENNEDY,CLARENCE                   OTN: Z262283-0
ARRESTED: 09/03/1974  PAPEP0000 PHILADELPHIA PD                  OCA: 440405
DISPOSITION DATE: UNKNOWN


              CC3921    THEFT BY UNLWF TAKING OR DISPO  QUASHED/DISMIS/DEMUR SUS
              CC3925    RECEIVING STOLEN PROPERTY       QUASHED/DISMIS/DEMUR SUS
              CC4106 .  ACCESS DEVICE FRAUD             QUASHED/DISMIS/DEMUR SUS
              CC4101    FORGERY                         QUASHED/DISMIS/DEMUR SUS
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: KENNEDY,CLARENCE                   OTN: Z262288-5
ARRESTED: 09/19/1974  PAPEP0000 PHILADELPHIA PD                  OCA: 440405

              CC3925    RECEIVING STOLEN PROPERTY    DISPOSITION UNREPORTED
              CC3928    UNAUTH USE OF AUTO & VEHICLES
                        - M2
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: SCOTT,ROBERT ALFRED                OTN: Z262254-6
ARRESTED: 02/09/1975  PA0233700 UPPER DARBY TWP PD              OCA: 19738
DISPOSITION DATE: 05/21/1975

              CC3502    BURGLARY - F1                NOLLE PROSSED/WITHDRAWN
```

8

```
 FROM CHR    TO PAPEPDA7H          MORE PAGES TO FOLLOW  09/02/04 10:59:23
PHIL4-26644 - CHR        09/02/04 10:57:55 - 09/02/04 10:57:55 BTH1JAY29D4
            CC3921   THEFT BY UNLWF TAKING OR DISPO  NOLLE PROSSED/WITHDRAWN
            CC3925   RECEIVING STOLEN PROPERTY       NOLLE PROSSED/WITHDRAWN
            CC0903   CRIMINAL CONSPIRACY             NOLLE PROSSED/WITHDRAWN
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY          OTN: Z262259-4
ARRESTED: 06/13/1975  PAPEP0000 PHILADELPHIA PD                   OCA: 440405
DISPOSITION DATE: UNKNOWN

            CC3921   THEFT BY UNLWF TAKING OR DISPO  QUASHED/DISMIS/DEMUR SUS
            CC3925   RECEIVING STOLEN PROPERTY       QUASHED/DISMIS/DEMUR SUS
            CC3928   UNAUTH USE OF AUTO & VEHICLES   QUASHED/DISMIS/DEMUR SUS
                     - M2
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY          OTN: Z262264-2
ARRESTED: 07/06/1975  PAPEP0000 PHILADELPHIA PD                   OCA: 440405
DISPOSITION DATE: UNKNOWN

            CC3924   THEFT OF PROPERTY LOST, ETC    NOLLE PROSSED/WITHDRAWN
            CC3925   RECEIVING STOLEN PROPERTY      NOLLE PROSSED/WITHDRAWN
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY          OTN: Z262269-0
```

9

```
  FROM CHR     TO PAPEPDA7H                   MORE PAGES TO FOLLOW  09/02/04 10:59:23
PHIL4-26644 - CHR      09/02/04 10:57:55 - 09/02/04 10:57:55 BTH1JAY29D4
ARRESTED: 08/08/1975  PAPEP0000 PHILADELPHIA PD                   OCA: 440405
DISPOSITION DATE: UNKNOWN

           CS13A    VIO CS/DRUG/DEV & COSMETIC ACT  QUASHED/DISMIS/DEMUR SUS
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY          OTN: Z262274-5
ARRESTED: 01/30/1976  PAPEP0000 PHILADELPHIA PD                   OCA: 440405
DISPOSITION DATE: UNKNOWN

           CC3921    THEFT BY UNLWF TAKING OR DISPO  GUILTY
                                                    COUNTY PROBATION
                                                    01 YR - 02 YRS
           CC3925    RECEIVING STOLEN PROPERTY       GUILTY
                                                    COUNTY PROBATION
                                                    01 YR - 02 YRS
           CS13A     VIO CS/DRUG/DEV & COSMETIC ACT  GUILTY
                                                    COUNTY PROBATION
                                                    01 YR - 02 YRS
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,DAVID CLAYTON           OTN: Z262279-3
ARRESTED: 02/03/1976  PA0461400 LOWER MERION TWP PD             OCA: 9101
```

/0

```
 FROM CHR    TO PAPEPDA7H              LAST PAGE            09/02/04 10:59:23
PHIL4-26644 - CHR     09/02/04 10:57:55 - 09/02/04 10:57:55 BTH1JAY29D4
DISPOSITION DATE: 11/18/1976  COMMON PLEAS DOCKET: 749 1/76

         CC3921   THEFT BY UNLWF TAKING OR DISPO   PLEAD GUILTY
                  004 CTS                          STATE CORRECTION
                                                   05 YRS - 10 YRS
         CC3925   RECEIVING STOLEN PROPERTY        PLEAD GUILTY
                  002 CTS                          STATE CORRECTION
                                                   05 YRS - 10 YRS
         CC3502   BURGLARY 002 CTS - F1            PLEAD GUILTY
                                                   STATE CORRECTION
                                                   05 YRS - 10 YRS
```

CRIMINAL HISTORY RECORD - CONTINUATION 1  FOR *** SID/100-69-18-1 *** TO FOLLOW

*i l*

```
 FROM CHR    TO PAPEPDA7H                    MORE PAGES TO FOLLOW  09/02/04 10:59:23
PHIL4-26645 - CHR      09/02/04 10:57:56 - 09/02/04 10:57:55 BTH1JAY29D4Z

CRIMINAL HISTORY RECORD - CONTINUATION 1  FOR *** SID/100-69-18-1 ***
ATTN: DET KELLY                        ORI: PA051241A PHILADELPHIA PD


           CC3921   THEFT BY UNLWF TAKING OR DISPO   PLEAD GUILTY
                    002 CTS                          COUNTY PROBATION
                                                     02 YRS
                                                     CONSECUTIVE WITH CC3921
           CC3925   RECEIVING STOLEN PROPERTY        PLEAD GUILTY
                                                     COUNTY PROBATION
                                                     02 YRS
                                                     CONSECUTIVE WITH CC3921
           CC3502   BURGLARY - F1                    PLEAD GUILTY
                                                     COUNTY PROBATION
                                                     02 YRS
                                                     CONSECUTIVE WITH CC3921
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON DAVID            OTN: Z262284-1
ARRESTED: 02/11/1976  PA0233700 UPPER DARBY TWP PD            OCA: 19738
DISPOSITION DATE: 09/30/1976  COMMON PLEAS DOCKET: 3198 1976
```

12

```
 FROM CHR    TO PAPEPDA7H              MORE PAGES TO FOLLOW  09/02/04 10:59:23
PHIL4-26645 - CHR      09/02/04 10:57:56 - 09/02/04 10:57:55 BTH1JAY29D4
            CC3502    BURGLARY - F1                    PLEAD GUILTY
                                                       STATE CORRECTION
                                                       03 YRS - 06 YRS
            CC3921    THEFT BY UNLWF TAKING OR DISPO    PLEAD GUILTY
                                                       STATE CORRECTION
                                                       03 YRS - 06 YRS
            CC3925    RECEIVING STOLEN PROPERTY         PLEAD GUILTY
                                                       STATE CORRECTION
                                                       01 YR - 02 YRS
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,DAVID CLAY            OTN: Z262289-6
ARRESTED: 03/03/1976  PA0231000 EAST LANSDOWNE PD               OCA: 324
DISPOSITION DATE: UNKNOWN

            CC3502   BURGLARY - F1                   QUASHED/DISMIS/DEMUR SUS
            CC3925   RECEIVING STOLEN PROPERTY       QUASHED/DISMIS/DEMUR SUS
            CC3921   THEFT BY UNLWF TAKING OR DISPO  QUASHED/DISMIS/DEMUR SUS
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,DAVID CLAYTON          OTN: A538366-3
ARRESTED: 07/24/1979  PA0461400 LOWER MERION TWP PD            OCA: 9101
DISPOSITION DATE: 04/16/1980  COMMON PLEAS DOCKET: 3243-79B
```

·13

```
 FROM CHR     TO PAPEPDA7H                 MORE PAGES TO FOLLOW  09/02/04 10:59:24
PHIL4-26645 - CHR        09/02/04 10:57:56 - 09/02/04 10:57:55 BTH1JAY29D4

           CC0903   CRIMINAL CONSPIRACY            QUASHED/DISMIS/DEMUR SUS
           CC5506   LOIT & PROWLING AT NIGHT TIME  QUASHED/DISMIS/DEMUR SUS
                    - M3
           CC0907   POSSESSING INSTRUMENT OF CRIME QUASHED/DISMIS/DEMUR SUS
                    - M1
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY          OTN: Z262290-0
ARRESTED: 09/30/1979  PAPEP0000 PHILADELPHIA PD                   OCA: 440405
DISPOSITION DATE: UNKNOWN

           CS13A    VIO CS/DRUG/DEV & COSMETIC ACT  ACCELERATED REHAB DISPO
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY          OTN: Z262295-5
ARRESTED: 12/29/1979  PAPEP0000 PHILADELPHIA PD                   OCA: 440405
DISPOSITION DATE: 02/21/1980  COMMON PLEAS DOCKET: 7912-2894

           CS13A    VIO CS/DRUG/DEV & COSMETIC ACT  NOLLE PROSSED/WITHDRAWN
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY          OTN: Z262300-3
ARRESTED: 11/23/1980  PAPEP0000 PHILADELPHIA PD                   OCA: 440405
```

/4

```
 FROM CHR    TO PAPEPDA7H              MORE PAGES TO FOLLOW  09/02/04 10:59:24
PHIL4-26645 - CHR      09/02/04 10:57:56 - 09/02/04 10:57:55 BTH1JAY29D4
DISPOSITION DATE: 01/26/1981          .

          CC3921   THEFT BY UNLWF TAKING OR DISPO  QUASHED/DISMIS/DEMUR SUS
          CC3928   UNAUTH USE OF AUTO & VEHICLES   QUASHED/DISMIS/DEMUR SUS
                   - M2
          CC3925   RECEIVING STOLEN PROPERTY       QUASHED/DISMIS/DEMUR SUS
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY         OTN: Z262305-1
ARRESTED: 03/04/1981  PAPEP0000 PHILADELPHIA PD                    OCA: 440405
DISPOSITION DATE: 09/30/1981  COMMON PLEAS DOCKET: MC8103-0333 1/1

          CC3502   BURGLARY - F1                   QUASHED/DISMIS/DEMUR SUS
          CC3503   CRIMINAL TRESPASS               QUASHED/DISMIS/DEMUR SUS
          CC3921   THEFT BY UNLWF TAKING OR DISPO  QUASHED/DISMIS/DEMUR SUS
          CC3925   RECEIVING STOLEN PROPERTY       QUASHED/DISMIS/DEMUR SUS
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON S              OTN: Z262310-6
ARRESTED: 07/10/1981  PAPEP0000 PHILADELPHIA PD                    OCA: 440405
DISPOSITION DATE: 03/31/1982  COMMON PLEAS DOCKET: MC8107-0559 1/1

          CC5506   LOIT & PROWLING AT NIGHT TIME   GUILTY
```

```
 FROM CHR     TO PAPEPDA7H              MORE PAGES TO FOLLOW  09/02/04 10:59:24
PHIL4-26645 - CHR     09/02/04 10:57:56 - 09/02/04 10:57:55 BTH1JAY29D4
                      - M3                              COUNTY PRISON
                                                        06 MOS - 12 MOS
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY          OTN: Z262315-4
ARRESTED: 01/29/1982  PAPEP0000 PHILADELPHIA PD                     OCA: 440405
DISPOSITION DATE: 01/12/1983  COMMON PLEAS DOCKET: 8203-1474 1/1

          CS13A     VIO CS/DRUG/DEV & COSMETIC ACT  GUILTY
                                                    COUNTY PRISON
                                                    02 YRS - 03 YRS
          CC3921    THEFT BY UNLWF TAKING OR DISPO  GUILTY
                                                    COUNTY PRISON
                                                    02 YRS - 03 YRS
          CC3925    RECEIVING STOLEN PROPERTY       GUILTY
                                                    COUNTY PRISON
                                                    02 YRS - 03 YRS
          CC3928    UNAUTH USE OF AUTO & VEHICLES   GUILTY
                    - M2                            COUNTY PRISON
                                                    02 YRS - 03 YRS
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY          OTN: M105660-2
```

/ 6

```
 FROM CHR    TO PAPEPDA7H               MORE PAGES TO FOLLOW  09/02/04 10:59:24
PHIL4-26645 - CHR        09/02/04 10:57:56 - 09/02/04 10:57:55 BTH1JAY29D4
ARRESTED: 04/16/1982  PAPEP0000 PHILADELPHIA PD                    OCA: 440405

          CP0191    FUGITIVE FROM ANOTHER STATE     DISPOSITION UNREPORTED
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY           OTN: M246394-1
ARRESTED: 10/26/1985  PAPEP0000 PHILADELPHIA PD                    OCA: 440405
DISPOSITION DATE: 02/07/1986  COMMON PLEAS DOCKET:    8511-0737 1/1

10/26/1985  CC3925   RECEIVING STOLEN PROPERTY      FOUND NOT GUILTY
10/26/1985  CC3928A  UNAUTH USE OF AUTO & VEHICLES  FOUND NOT GUILTY
                     - M2
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY           OTN: M280932-1
ARRESTED: 09/07/1986  PAPEP0000 PHILADELPHIA PD                    OCA: 440405
DISPOSITION DATE: 05/06/1987

09/07/1986  CS13A16  VIO CS/DRUG/DEV & COSMETIC ACT  QUASHED/DISMIS/DEMUR SUS
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY           OTN: M360074-1
ARRESTED: 08/02/1988  PAPEP0000 PHILADELPHIA PD                    OCA: 440405
DISPOSITION DATE: 06/07/1989
```

17

```
 FROM CHR     TO PAPEPDA7H                MORE PAGES TO FOLLOW  09/02/04 10:59:24
PHIL4-26645 - CHR      09/02/04 10:57:56 - 09/02/04 10:57:55 BTH1JAY29D4

08/02/1988  CC3921   THEFT BY UNLWF TAKING OR DISPO  QUASHED/DISMIS/DEMUR SUS
08/02/1988  CC3925   RECEIVING STOLEN PROPERTY       QUASHED/DISMIS/DEMUR SUS
08/02/1988  CC3928A  UNAUTH USE OF AUTO & VEHICLES   QUASHED/DISMIS/DEMUR SUS
                     - M2
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
****  POSSIBLE DOMESTIC VIOLENCE  ****

NAME: CLAYTON,THOMAS SHELBY           OTN: C096673-3
ARRESTED: 09/27/1989  PA0092700 DOYLESTOWN TWP PD              OCA: 1569
DISPOSITION DATE: 01/29/1990  COMMON PLEAS DOCKET: 896413

09/27/1989  CC0903   CRIMINAL CONSPIRACY - F2        PLEAD GUILTY
                                                     COUNTY PROBATION
                                                     02 YRS
                                                     COSTS
09/27/1989  CC2701   SIMPLE ASSAULT - M2             PLEAD GUILTY
                                                     COUNTY PROBATION
                                                     02 YRS
                                                     COSTS
09/27/1989  CC2705   RECKLESSLY ENDANGERING - M2     PLEAD GUILTY
```

```
FROM CHR     TO PAPEPDA7H                    MORE PAGES TO FOLLOW   09/02/04 10:59:24
PHIL4-26645 - CHR      09/02/04 10:57:56 - 09/02/04 10:57:55 BTH1JAY29D4
                                                       COUNTY PROBATION
                                                       02 YRS
                                                       COSTS
09/27/1989  CC3701   ROBBERY - F2                      QUASHED/DISMIS/DEMUR SUS
09/27/1989  CC3925   RECEIVING STOLEN PROPERTY - M1    PLEAD GUILTY
                                                       COUNTY PROBATION
                                                       02 YRS
                                                       COSTS
09/27/1989  CC3929   RETAIL THEFT - M1                 PLEAD GUILTY
                                                       COUNTY PROBATION
                                                       02 YRS
                                                       COSTS
PROBATION INFORMATION: BUCKS COUNTY PROBATION                         OCA: 196400665
                               EFFECTIVE: 01/29/1990  MAXIMUM: 01/29/1992
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY            OTN: M499595-5
ARRESTED: 09/19/1991  PAPEP0000 PHILADELPHIA PD                       OCA: 440405
DISPOSITION DATE: 01/13/1992

09/19/1991  CC6106   FIREARM CARRIED W/O A LICENSE  NOLLE PROSSED/WITHDRAWN
                     - M1
```

```
 FROM CHR    TO PAPEPDA7H             LAST PAGE          09/02/04 10:59:24
PHIL4-26645 - CHR      09/02/04 10:57:56 - 09/02/04 10:57:55 BTH1JAY29D4
09/19/1991  CC6108   CARRYING FIREARMS IN PHILA - M1 NOLLE PROSSED/WITHDRAWN
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON SHELBY         OTN: M504436-2
ARRESTED: 10/26/1991  PAPEP0000 PHILADELPHIA PD                 OCA: UNKNOWN


           CC3929   RETAIL THEFT                 DISPOSITION UNREPORTED
           CC0903   CRIMINAL CONSPIRACY
           CC3925   RECEIVING STOLEN PROPERTY
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLARANCE S             OTN: C758740-3
ARRESTED: 01/02/1992  PA0464100 HATFIELD TWP PD                 OCA: 6772

CRIMINAL HISTORY RECORD - CONTINUATION 1  FOR *** SID/100-69-18-1 *** ENDED

CRIMINAL HISTORY RECORD - CONTINUATION 2  FOR *** SID/100-69-18-1 *** TO FOLLOW
```

$2o$

```
 FROM CHR    TO PAPEPDA7H              MORE PAGES TO FOLLOW  09/02/04 10:59:25
PHIL4-26646 - CHR      09/02/04 10:57:56 - 09/02/04 10:57:55 BTH1JAY29D4Z

CRIMINAL HISTORY RECORD - CONTINUATION 2  FOR *** SID/100-69-18-1 ***
ATTN: DET KELLY                      ORI: PA051241A PHILADELPHIA PD

DISPOSITION DATE: 05/13/1994  COMMON PLEAS DOCKET: C024792

01/02/1992  CC0903    CRIMINAL CONSPIRACY - M1        OTHER DISMISSAL
01/02/1992  CC0903    CRIMINAL CONSPIRACY - M1        PLEAD GUILTY
                                                      COUNTY PRISON
                                                      06 MOS - 01 YR
                                                      COSTS
01/02/1992  CC3925A  RECEIVING STOLEN PROPERTY        NOLLE PROSSED/WITHDRAWN
                     002 CTS - M1
01/02/1992  CC3929A1 RETAIL THEFT 002 CTS - M1        NOLLE PROSSED/WITHDRAWN
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLARENCE S              OTN: C778849-1
ARRESTED: 01/08/1992  PA0465900 TOWAMENCIN TWP PD                 OCA: 92010
DISPOSITION DATE: 03/11/1994  COMMON PLEAS DOCKET: B029092

01/02/1992  CC0903    CRIMINAL CONSPIRACY - M1        PLEAD GUILTY
                                                      COUNTY PRISON
```

21

```
 FROM CHR    TO PAPEPDA7H              MORE PAGES TO FOLLOW  09/02/04 10:59:25
PHIL4-26646 - CHR       09/02/04 10:57:56 - 09/02/04 10:57:55 BTH1JAY29D4
                                                 06 MOS - 02 YRS
                                                 COSTS
01/02/1992  CC3925   RECEIVING STOLEN PROPERTY - M1  NOLLE PROSSED/WITHDRAWN
01/02/1992  CC3929A1 RETAIL THEFT - M1              NOLLE PROSSED/WITHDRAWN
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: JONES,TERRELL                    OTN: M537290-5
ARRESTED: 07/22/1992  PAPEP0000 PHILADELPHIA PD                 OCA: C440405

           CC3929   RETAIL THEFT              DISPOSITION UNREPORTED
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON                    OTN: M543818-2
ARRESTED: 09/17/1992  PAPEP0000 PHILADELPHIA PD                 OCA: C440405

           CC3921   THEFT BY UNLWF TAKING OR DISPO  DISPOSITION UNREPORTED
           CC3925   RECEIVING STOLEN PROPERTY
           CC3928   UNAUTH USE OF AUTO & VEHICLES
                    - M2
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON                    OTN: M553476-0
ARRESTED: 12/09/1992  PAPEP0000 PHILADELPHIA PD                 OCA: C440405
DISPOSITION DATE: 04/06/1993
```

22

```
 FROM CHR    TO PAPEPDA7H                 MORE PAGES TO FOLLOW  09/02/04 10:59:25
PHIL4-26646 - CHR       09/02/04 10:57:56 - 09/02/04 10:57:55 BTH1JAY29D4

12/09/1992  CC3921    THEFT BY UNLWF TAKING OR DISPO  QUASHED/DISMIS/DEMUR SUS
12/09/1992  CC3925    RECEIVING STOLEN PROPERTY       QUASHED/DISMIS/DEMUR SUS
12/09/1992  CC3928A   UNAUTH USE OF AUTO & VEHICLES   QUASHED/DISMIS/DEMUR SUS
                      - M2
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,JAMES                       OTN: M555880-3
ARRESTED: 01/02/1993  PAPEP0000 PHILADELPHIA PD                     OCA: C440405
DISPOSITION DATE: 05/19/1993  COMMON PLEAS DOCKET:  9303-6003 1/1

01/02/1993  CC3925    RECEIVING STOLEN PROPERTY       PLEAD GUILTY
                                                      COUNTY PRISON
                                                      01 DY - 02 YRS
                                                      COSTS
                                                      RESTITUTION
01/02/1993  CC3928A   UNAUTH USE OF AUTO & VEHICLES   NOLLE PROSSED/WITHDRAWN
                      - M2
PAROLE INFORMATION: PHILADELPHIA COUNTY PROBATION                 OCA: 0105084G
                              EFFECTIVE: 05/04/1994  MAXIMUM: 04/19/1996
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: SAADIQ,JAMIL AQIL                   OTN: E324285-3
```

23

```
 FROM CHR    TO PAPEPDA7H              MORE PAGES TO FOLLOW  09/02/04 10:59:25
PHIL4-26646 - CHR      09/02/04 10:57:56 - 09/02/04 10:57:55 BTH1JAY29D4
ARRESTED: 01/16/1993  PA0463200 WHITEMARSH TWP PD            OCA: 930365
DISPOSITION DATE: 02/02/1994  COMMON PLEAS DOCKET: 0188793

01/16/1993  CC3925A  RECEIVING STOLEN PROPERTY - M2  NOLLE PROSSED/WITHDRAWN
01/16/1993  CC3925A  RECEIVING STOLEN PROPERTY - F3  PLEAD GUILTY
                                                     COUNTY PRISON
                                                     06 MOS - 01 YR 11 MOS
                                                     FINES AND COSTS
01/16/1993  CS13A16  VIO CS/DRUG/DEV & COSMETIC ACT  NOLLE PROSSED/WITHDRAWN
                     - M3
01/16/1993  CS13A32  VIO CS/DRUG/DEV & COSMETIC ACT  NOLLE PROSSED/WITHDRAWN
                     - M3
01/16/1993  VC1501   DRV REQUIRED TO BE LICENSED - S NOLLE PROSSED/WITHDRAWN
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: WILLIAMS,JAMES                  OTN: M560872-4
ARRESTED: 02/13/1993  PAPEP0000 PHILADELPHIA PD             OCA: 440405
DISPOSITION DATE: 02/01/1994

02/13/1993  CC3929   RETAIL THEFT                 QUASHED/DISMIS/DEMUR SUS
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: JONES,JAMES                     OTN: E369380-4
```

24

```
 FROM CHR    TO PAPEPDA7H             MORE PAGES TO FOLLOW  09/02/04 10:59:25
PHIL4-26646 - CHR      09/02/04 10:57:56 - 09/02/04 10:57:55 BTH1JAY29D4
ARRESTED: 03/02/1993  PA0090100 BENSALEM TWP PD                 OCA: 35197

             CC3929  RETAIL THEFT                    DISPOSITION UNREPORTED
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
NAME: THOMAS,CLAYTON                     OTN: M562941-1
ARRESTED: 03/04/1993  PAPEP0000 PHILADELPHIA PD                 OCA: 440405
DISPOSITION DATE: 05/31/1994  COMMON PLEAS DOCKET:   9303-5253 1/2

12/09/1992  CC0903   CRIMINAL CONSPIRACY            FOUND NOT GUILTY
12/09/1992  CC0903   CRIMINAL CONSPIRACY            NOLLE PROSSED/WITHDRAWN
12/09/1992  CC0907   POSSESSING INSTRUMENT OF CRIME FOUND GUILTY
                     - M1                           COSTS
                                                    SENTENCE SUSPENDED
12/09/1992  CC0907A  POSSESSING INSTRUMENT OF CRIME NOLLE PROSSED/WITHDRAWN
                     - M1
12/09/1992  CC2502   MURDER - F2                    FOUND GUILTY
                                                    STATE CORRECTION
                                                    LIFE
                                                    COSTS
12/09/1992  CC2503   VOLUNTARY MANSLAUGHTER - F2    NOLLE PROSSED/WITHDRAWN
12/09/1992  CC2504   INVOLUNTARY MANSLAUGHTER - M1  NOLLE PROSSED/WITHDRAWN
```

25

```
   FROM CHR     TO PAPEPDA7H              MORE PAGES TO FOLLOW  09/02/04 10:59:25
PHIL4-26646 - CHR      09/02/04 10:57:56 - 09/02/04 10:57:55 BTH1JAY29D4
12/09/1992   CC2701   SIMPLE ASSAULT                     NOLLE PROSSED/WITHDRAWN
12/09/1992   CC2702   AGGRAVATED ASSAULT                 FOUND GUILTY
                                                         COSTS
                                                         SENTENCE SUSPENDED
12/09/1992   CC2702   AGGRAVATED ASSAULT                 NOLLE PROSSED/WITHDRAWN
12/09/1992   CC2705   RECKLESSLY ENDANGERING - M2        NOLLE PROSSED/WITHDRAWN
12/09/1992   CC3502   BURGLARY - F1                      NOLLE PROSSED/WITHDRAWN
12/09/1992   CC3701   ROBBERY - F1                       FOUND GUILTY
                                                         COSTS
                                                         SENTENCE SUSPENDED
12/09/1992   CC3701   ROBBERY - F1                       NOLLE PROSSED/WITHDRAWN
12/09/1992   CC3921   THEFT BY UNLWF TAKING OR DISPO     NOLLE PROSSED/WITHDRAWN
12/09/1992   CC3925   RECEIVING STOLEN PROPERTY          NOLLE PROSSED/WITHDRAWN
12/09/1992   CC6106   FIREARM CARRIED W/O A LICENSE      NOLLE PROSSED/WITHDRAWN
                      002 CTS - M1
12/09/1992   CC6108   CARRYING FIREARMS IN PHILA - M1 NOLLE PROSSED/WITHDRAWN
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
CUSTODY INFORMATION:
RECEIVED: 10/07/1974  PA046013C MONTGOMERY COUNTY PRISON       OTN: Z262273-4
RECEIVED: 02/03/1976  PA046013C MONTGOMERY COUNTY PRISON       OTN: Z262279-3
RECEIVED: 11/22/1976  PA046025C SCI GRATERFORD                 OTN: Z262279-3
```

26

```
 FROM CHR     TO PAPEPDA7H                MORE PAGES TO FOLLOW  09/02/04 10:59:25
PHIL4-26646 - CHR       09/02/04 10:57:56 - 09/02/04 10:57:55 BTH1JAY29D4
RECEIVED: 07/24/1979  PA046013C MONTGOMERY COUNTY PRISON         OTN: A538366-3
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
```

```
             <<<<<<<<<<<  ADDITIONAL IDENTIFIERS  >>>>>>>>>>>
```

```
AKA'S: CLAY,THOMAS                      THOMAS,STEVEN
       CLAYTON,THOMAS                   SULLEY,DAVID
       THOMAS,KEVIN                     RIDLEY,CLAY
       SCOTT,ROBERT                     THOMAS,DAVID
       RIDLEY,DAVID                     CALLOWAY,JASON
       CALHOUN,JASON                    GALLAWAY,JASON
       THOMAS,CLAY                      SMITH,THOMAS
       CLAYTON,DAVID                    BLUE,X
```

```
DOB'S: 12/11/1951  12/11/1953  12/07/1951  12/11/1959  08/11/1949  12/10/1950
```

```
SOC'S: 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  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  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  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  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
       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  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  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  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  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
       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  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  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
```

```
*** DNA DATABASE SAMPLE DRAWN - REF ACT 14 OF 1995 ***
```

27

```
 FROM CHR     TO PAPEPDA7H                 LAST PAGE              09/02/04 10:59:26
PHIL4-26646 - CHR        09/02/04 10:57:56 - 09/02/04 10:57:55 BTH1JAY29D4
```

F = FELONY, M = MISDEMEANOR, S = SUMMARY AND THE NUMERIC = THE DEGREE.

THIS RESPONSE IS BASED ON REQUESTER FURNISHED INFORMATION AND INCLUDES
FINGERPRINT SUPPORTED DATA EXCLUSIVELY FROM THE FILES OF THE PENNSYLVANIA
STATE POLICE REPOSITORY.  IT DOES NOT PRECLUDE THE EXISTENCE OF OTHER
CRIMINAL RECORDS CONTAINED IN THE REPOSITORIES OF OTHER LOCAL, STATE OR
FEDERAL CRIMINAL JUSTICE AGENCIES.

CRIMINAL HISTORY RECORD - CONTINUATION 2  FOR *** SID/100-69-18-1 *** ENDED

*** END OF CRIMINAL HISTORY RECORD FOR SID 100-69-18-1 ***

Exhibit B

Appointing Judge:   HON. ALFRED DiBONA, JR
Trial Judge:
Trial Attorney:     Charles P. Mirarchi, III
Next Listing Date:  READY POOL

LAW OFFICES OF CHARLES P. MIRARCHI, III, P.C.
BY:  CHARLES P. MIRARCHI, III ATTORNEY FOR:  DEFENDANT
IDENTIFICATION NO.: 27600
1526 Wolf Street
Philadelphia, PA 19145
(215) 563-8499

---

|                                    |   |                           |
|------------------------------------|---|---------------------------|
| COMMONWEALTH OF PENNSYLVANIA       | : | COURT OF COMMON PLEAS     |
|                                    | : | CRIMINAL TRIAL DIVISION   |
|               v.                   | : |                           |
|                                    | : |                           |
| CLAYTON THOMAS                     | : | MARCH TERM, 1993          |
|                                    | : | NO. 5253-5263             |

### NOTICE OF ALIBI

Pursuant to Pa. Rules Criminal Procedure, Rule 305, 42 Pa. C.S.A. 305, Defendant Clayton Thomas advises the Commonwealth that he intends to offer the following alibi witness at trial:

> Mrs. Hazeline Thomas
> 1815 N. 28th Street
> Philadelphia, PA 19121

The alibi will establish that Defendant Thomas was at 1819 N. 28th Street at the time of the murder of Harry James.

Respectfully submitted,

Charles P. Mirarchi, III, Esquire
Attorney for Petitioner

| NAME Ms. HAZELINE Thomas | PAGE | CASE NO |
|---|---|---|
| 1815 N 28Th ST | | |

1815 N 28Th ST

Phila. PA 19121

Phone # 215-765-3344

ON Thursday AUGUST 14, 1997 I, EDWARD
L. GEIGERT A PRIVATE INVESTIGATOR WORKING on behalf
of MR. CLAYTON Thomas AND his ATTORNEY, MR JAMES
BRUNO, INTERVIEWED MS HAZELINE Thomas IN her home
I EXPLAINED To MS. HAZELINE Thomas
That I WAS WORKING ON AN Appeal FOR MR. CLAYTON
Thomas FOR his homicide CONVICTION IN which MR.
Thomas WAS FOUND GUILTY OF SECOND DEGREE MURDER.
The MURDER IN Which MR CLAYTON Thomas WAS
FOUND GUILTY WAS The Killing of MR HARRY JAMES
INSIDE of 1227 N. 31ST Street IN PhilaDelphiA ON
December 9TH of 1992.

I FURTHER EXPLAINED To MS HAZELINE Thomas
That I RECEIVED INFORMATION FROM MR CLAYTON Thomas
That she, MS HAZELINE Thomas, IS AN ALibi WITNESS
FOR MR CLAYTON Thomas FOR The NIGHT IN QUESTION
AND, FOR REASONS UNKNOWN To MS HAZELINE Thomas
MS HAZELINE Thomas WAS NEVER CAlled To
TESTify on behalf of MR. ClayJON Thomas
AT This Time MS HAZELINE Thomas DID
Confirm That she IS AN ALibi WITNESS FOR MR.
CLAYTON Thomas. AND, MS HAZELINE Thomas
CONSENTED To give A SIGNED STATEMENT ON
behalf of MR CLAYTON Thomas. BASED on
MS Thomas' willing ness To COOPERATE WITH MY
INVESTIGATION, The Following questions were
ASKED of MS HAZELINE Thomas:

X Hazeline Thomas

# STATEMENT

CONTINUATION SHEET

| NAME Ms. Hazeline Thomas | PAGE 3 | CASE NO |

Q  WHAT HAPPENED NEXT?

A  AFTER WE HAD SEX WE STAYED IN BED AND
WATCHED A VIDEO MOVIE. The movie was "The
Color Purple". SomeTime AROUND 3 AM WE
WENT To Sleep.

Q  DID MR CHARLES MIRARCHI KNOW THAT YOU
WERE AN ALIBI WITNESS FOR YOUR HUSBAND?

A  Yes, I PERSONALLY TOLD him So.

Q  Do you KNOW why you WERE NEVER CALLED
To TESTIFY for your husband?

A  No

Q  DID you EVER give MR MIRARCHI, or his
INVESTIGATOR A STATEMENT SAYING That you
WERE your husbAND'S ALIBI WITNESS?

A  No I WAS NEVER ASKED To GIVE A STATEMENT,
NOR WAS I EVER ASKED To Come To MR.
MIRARACHI'S OFFICE To DISCUSS MY TESTIMONY,
AND, I NEVER KNEW That MR. MIRARCHI'S
hAD AN INVESTIGATER.

Q  Were you willing To TESTIFY for your husbAND
AT his ORIGINAL TRIAL AND ARE you willing To
TESTIFY for your husbAND if WE ARE Able To
GET A hearing ON his APPEAL?

A  Yes

X Hazeline Thomas

| NAME | PAGE | CASE NO |
|------|------|---------|
| Ms Hazeline Thomas | 4 | |

Q Is There Anything Else you'D Like me To ADD To you STATEMENT?

A Yes, The First Time I Knew That I WAS NOT Going To be A WITNESS for my husband WAS on The First Day of his TRiAL. That is when I ASkeD MR. MiRARchi if I WAS Going To be Allowed To SiT iN The COURTROOM. I ASkeD The QUESTiON KNOWiNG That WiTNesses could ONLY go iNTo The COURTROOM ONE AT A Time So I WAS ShockeD when MR. MiRARchi ToLD me That I COULD SiT iN ON my husband's TRiAL AND That I WASN'T GoiNG To JesTify.

AT This Time I ASkeD Ms HAzeLiNe Thomas To ReAD heR STATEmENT To See if iT WAS CompLeTe AND ACCURATE To The best of heR KNowLeDGe. AFTER ReADiNG heR STATEmENT Ms HAzeLiNe Thomas STATED That heR STATEmENT iS TRuTHfuL AND ACCURATE To The best of heR KNowLeDGe AND That No STATEmENT CHANGES ARE NEEDED. Ms HAzeLiNe Thomas TheN SiGNED EAch pAGE of heR four pAGE STATEmENT AND AN AFFiDAViT SheeT.

Hazeline Thomas

A F F I D A V I T

COMMONWEALTH OF PENNSYLVANIA          :
                                                                        SS
COUNTY OF PHILADELPHIA                         :

, being duly sworn according to law. deposes and says that he is the

respondante in the foregoing statement and that the facts set forth therein are true and correct to the

best of his knowledge. information and belief.

*Hyacinthe Thomas*

Sworn to and subscribed

before me this 14Th day

of AUGUST , 1998.

*Edward L. Geigert*

NOTARY PUBLIC

Notarial Seal
Edward L. Geigert, Notary Public
Philadelphia, Philadelphia County
My Commission Expires Jan. 8, 2000

Exhibit C

**COURT BAIL PROGRAM**

To: Judge
Re: Commonwealth of Penna.

Police Log # _____ 167 _____ PPN _____

v. _____ James Thomas _____

Birthdate _12/11/51_

Charge(s) _____ RSP, VUFA _____

The following information is submitted for use in determining conditions of release:

**RESIDENCE - FAMILY**

Present Address _18 15 N. 25th St_ _19121_ Apart.# _____

Telephone _765 9636_ Length of Residence _5 yrs_

Living With _wife, 4 children_

Former Address _____ N/A _____ Apart.# _____

Length of Residence _____ Lived With _____

Philadelphia Area Resident For _Life_

Marital Status _married_

Other Family Ties in Area (not living with defendant) _None_

**EMPLOYMENT - SUPPORT**

Present Employment _Part time - Ray's Auto - Ford > Force eld_

How Long _4 mos_ Type of Work _Auto mechanic_ Wages _475_ per _wk_

Prior Employment _Hold - long - 3 yrs - Unemp_

How Long _5 yrs_ Type of Work _Presser_

Reason for Leaving _Firm dies_

If Unemployed, How Supported _N/A_

Education _grad H.S._

_N.L - Army 1968 to 1973 Honorable_
_cut, funt loans - No_

## COURT BAIL PROGRAM

Record of Appearance at Prior Court Proceedings _31 — 1 A 2 12 15.92 11, 26.91 11, 25 91, 10, 11 91_ _I 10.08, 10, 14. 86, 11, 24 91, 10, 12, 91 See. Printout attached,_

Outstanding Warrants or Detainers _MC 9212 - 0400 1/1 Jud. Conroy Jr. 12. 15-92_

Other Pending Charges _OP 9200 2724 1/1, MC 9110 2661 1/1 Jud. Silberstein_ _10, 25.91 - 7, 24 92, MC 9110 2662 1/1 Jud Silberstein, 11. 25.91, 7,24 92_

Prior Convictions _None_

Remarks: _____

Address Verified: Y _____ By Whom _Van Hill_
N _____ Reason _____

BAIL GUIDELINES: Severity _L_ Risk _Group I_

Decision Guidelines _$500 - 2,500_

_Pretrial Services Division_     _Mary Jenkins_     _1. 2. 93_
Pretrial Services Division     Signature     Date

Upon my oath, I swear that; all statements given concerning my residence, family and employment, are true and correct. I understand that this information is to be used for the purpose of setting my bail. I understand that perjury is a felony punishable by a fine of not more than $3000.00 or imprisonment for not more than seven years or both.

Sworn before me this _2nd_

Day of _Jan_ 19 _92_

_____
(signature of interviewer)

_____
(signature of defendant)