IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAYTON THOMAS** | : | CIVIL ACTION |
| **S.C.I. SMITHFIELD** | : | |
| **1120 PINE ST.** | : | |
| **HUNTINGTON, PA 16652** | : | |
| **INMATE # CK 7706** | : | NO. 02-CV-4778 |
| v. | | |
| **BEN VARNER** | | |

# O R D E R

AND NOW, this      day of September, 2004, it is **ORDERED,** that the Warden of S.C.I. Smithfield produce before this Court the body of Clayton Thomas (#CK 7706) on October 21, 2004 at 10:00 a.m. before the Honorable Bruce W. Kauffman to appear for a Bail Hearing in the above-captioned matter, in Courtroom 3-A, of the United States Courthouse, 601 Market St., Philadelphia, PA, and that immediately upon termination of said proceedings, he be delivered into the custody of said institution.

BY THE COURT:

_____
BRUCE W. KAUFFMAN, J.

cc: U.S. Marshal (2)

| September 29, 2004 | MCB |
|---|---|
| DATE | By Whom |

Cr 2 (8/80)