IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAYTON THOMAS** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **BEN VARNER** | : | NO. 02-CV-4778 |

**O R D E R**

AND NOW, this      day of September, 2004, it is **ORDERED** that this Court will hold a hearing on October 21, 2004 at 10:00 a.m. in Courtroom 3-A, of the United States Courthouse, 601 Market St., Philadelphia, PA, to consider Petitioner's request for bail pending appeal.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**