IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAYTON THOMAS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BEN VARNER** | : | **NO. 02-CV-4778** |

**O R D E R**

AND NOW, this      day of October, 2004, it is **ORDERED** that Petitioner's Motion for Bail

Pending Appeal (docket no. 46) is **DENIED** for the reasons stated at the bail hearing on October 21,

2004.

BY THE COURT:

_____

_____
**BRUCE W. KAUFFMAN, J.**