IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL  ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CLAYTON THOMAS** | : | **NO. 02-CV-4778** |
| **S.C.I. SMITHFIELD** | | |
| **1120 PINE ST.** | | |
| **HUNTINGTON, PA 16652** | | |
| **INMATE # CK 7706** | | |

**O R D E R**

AND NOW, this    15th    day of November , 2005, it is hereby

**ORDERED,** that the Warden of S.C.I. Smithfield  produce before this Court the body of Clayton

Thomas (#CK 7706)  on November 29, 2005 at 2:00 P .M. before the Honorable Bruce W. Kauffman

to appear for a Bail Hearing  in the above-captioned matter, in  Courtroom 3-A, and that immediately

upon termination of the said proceedings, he be delivered into the custody  of the said institution.

BY THE COURT:

S/ Bruce W. Kauffman
BRUCE W. KAUFFMAN, J.

cc:  U.S. Marshal (2)

| | |
|---|---|
| 11/15/05 | MCB |
| DATE | By Whom |

Cr 2 (8/80)