IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAYTON THOMAS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **BEN VARNER, et al.** | : | NO. 02-CV-4778 |

**O R D E R**

**AND NOW**, this 8th day of March, 2006, in accordance with the Order of the Third Circuit Court of Appeals entered on March 6, 2006, it is **ORDERED** that:

1. The Petition for Writ of Habeas Corpus is **GRANTED**.

2. The execution of the writ of habeas corpus is **STAYED** for 180 days from the date of this Order. Petitioner shall be re-tried within one hundred and eighty (180) days from the date hereof or be released.

                                                    **BY THE COURT:**

                                                    **/s/ Bruce W. Kauffman**
                                                    **BRUCE W. KAUFFMAN, J.**