IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAYTON THOMAS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-CV-4778 |
| | : | |
| **BEN VARNER, et al.** | : | |

**O R D E R**

**AND NOW**, this 23rd day of October, 2006, upon consideration of Petitioner's Motion for Appointment of Counsel for Appellate Proceedings (docket no. 59), it is **ORDERED** that the Motion is **TRANSFERRED** to the United States Court of Appeals for the Third Circuit.

BY THE COURT:


/s/ Bruce W. Kauffman
**BRUCE W. KAUFFMAN, J.**