IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAYTON THOMAS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-4778 |
| | : | |
| **BEN VARNER, et al.** | : | |

**O R D E R**

**AND NOW**, this 15th day of November, 2006, it is **ORDERED** that Petitioner Clayton Thomas shall be released from custody immediately.[1]

BY THE COURT:

/s/ Bruce W. Kauffman
**BRUCE W. KAUFFMAN, J.**

---

[1] On October 6, 2006, this Court ordered "that Petitioner shall be released from custody within 30 days unless Respondents obtain a stay of this Order from the United States Court of Appeals for the Third Circuit or the United States Supreme Court." The Third Circuit has denied Respondents' Motion for a Stay, the 30 day period has expired, and Respondents have not sought a stay from the United States Supreme Court.